Patrick M. Brady, WSB # 7-5494
2020 Carey Ave, Suite 301
Cheyenne, WY 82001
307.632.6421 (voice)
307.432.6124 (Direct Number)
307.632.7216 (fax)
Email: pbrady@spkm.org
*Attorney for Plaintiff*

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 SEP 28  PM 3:23

MARGARET BOTKINS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of: RAND CONSTRUCTION COMPANY, a Missouri corporation,  Plaintiff, vs. STRUCTSURE PROJECTS, INC. f/k/a UNITED EXCEL CORPORATION, a Kansas corporation, and ARCH INSURANCE COMPANY, an Ohio insurance company,  Defendants. | ) ) ) ) ) ) ) ) ) ) Civil Action No. 23CV179 ) ) ) ) ) ) ) ) |

## COMPLAINT

**COMES NOW,** Plaintiff Rand Construction Company ("Rand"), by and through its undersigned attorneys, and hereby files its Complaint against the Defendants and alleges as follows:

## PARTIES

1. Rand is a Missouri corporation qualified to do business in Colorado with its principal place of business at 1428 W 9th St., Kansas City, MO 64101.

2. Defendant Structsure Projects, Inc. f/k/a United Excel Corporation ("SSP") is a Kansas corporation qualified to do business in Wyoming, which may be served at the following address: Northwest Registered Agent Service Inc., 30 N. Gould Street, Suite N Sheridan, WY 82801.

3. Defendant Arch Insurance Company ("Arch") is an Ohio insurance company transacting business in the State of Wyoming. Arch may be served at its following address: Harborside 3, 210 Hudson Street, Suite 300, Jersey City, NJ 07311-1107.

## JURISDICTION AND VENUE

4. This Court has federal question jurisdiction over this action pursuant to 28 U.S.C. §1331 in that this is a statutory payment bond action pursuant to the Miller Act (40 USC §§3131, *et seq.*).

5. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b)(2) in that the causes of action alleged herein arise out of a federal public works project known as the F.E. Warren AFB Medical Office Building/Clinic Modernization, which is located at and the causes of action alleged herein arose in Cheyenne, Wyoming (the "Project").

## FACTS APPLICABLE TO ALL COUNTS

6. On or about September 19, 2018. SSP executed a Prime Contract with the United States of America by and through the US Army Corps of Engineers to construct the Project.

7. On or about September 21, 2018, SSP, as principal, and Arch, as surety, issued performance and payment statutory bonds pursuant to the Miller Act for the Project (the "Bond"). A true and correct copy of the Bond is attached hereto as *Exhibit A*.

8. On or about November 13, 2018, SSP and Rand executed a Contract for Labor and Material (the "Subcontract") pursuant to which Rand performed certain work related to a portion of the Project. A true and correct copy of the Subcontract is attached hereto as *Exhibit B*.

9. During the performance of the Subcontract, the Subcontract amount was increased pursuant to Change Orders and other requests for additional work.

10. Rand has substantially performed all its work pursuant to the Subcontract in a good, substantial and workmanlike manner and all conditions precedent to Rand's right to receive payment have been fully performed, discharged, waived or otherwise satisfied.

11. The following principal amount is still due and outstanding to Rand from SSP after all just credits and allowances, to wit: $524,791.00.

12. All amounts due Rand are liquidated sums entitling Rand to an award of prejudgment interest thereon.

13. Pursuant to 31 USC §3901, *et seq.*, SSP has failed to make payments of Rand's proper invoices after receiving payment from the Government for work performed by Rand as a subcontractor to SSP, and as a result, Rand is entitled to statutory late interest.

14. The Subcontract is also governed by Kansas law, and as a result Rand is entitled to an award of statutory attorneys' fees and late interest as set forth in the Kansas Fairness in Private Construction Contract Act (16 KSA 1801, *et seq.*).

15. Rand is entitled to an award of attorneys' fees and legal expenses pursuant to the Subcontract.

## FIRST CLAIM FOR RELIEF
### (Breach of Contract – against SSP)

16. Rand hereby restates, realleges and fully incorporates paragraphs 1 through 15 of the Complaint as though fully set out here.

17. A balance of $524,791 remains due and owing to Rand under the Subcontract.

18. Although demands have been made for payment of said sum, SSP has failed and refused and continues to fail and refuse to pay Rand the same.

19. The refusal of SSP to make payment is a material breach of its contract obligations.

20. As a direct and proximate result of SSP's breach of the contract, Rand has been damaged in the amount of $524,791.

## SECOND CLAIM FOR RELIEF
### (Quantum Meruit – against SSP)

21. Rand hereby restates, realleges and fully incorporates paragraphs 1 through 15 of this Complaint as though fully set out here.

22. Rand furnished the aforesaid labor and materials and construction services to SSP in connection with the Project under circumstances pursuant to which Rand had a reasonable expectation of being compensated for providing this labor and material.

23. Rand did in fact rely on SSP's representations and its expectation that it would be paid for this labor and material.

24. SSP has accepted and benefited from the aforesaid materials, labor and services provided by Rand and is therefore responsible for paying the reasonable value of the materials, labor and construction services provided by Rand.

25. As a direct and proximate result of SSP's failure and refusal to pay the reasonable value of the materials, labor and construction services provided by Rand, Rand has been damaged in the amount equal to $524,791.

## THIRD CLAIM FOR RELIEF
### (Unjust Enrichment – against SSP)

26. Rand hereby restates, realleges and fully incorporates by reference paragraphs 1 through 15 of this Complaint as if fully set forth here.

27. Rand furnished labor and material and construction services to SSP for the Project.

28. The reasonable value of the aforesaid labor and material and construction services for which Rand has not been paid is $524,791.

29. SSP has received a benefit from the labor and material and construction services that the Rand furnished at the Project.

30. Because SSP was completing the Project by paying subcontractors to provide labor and material and construction services, it would be unjust for SSP to retain the benefit of Rand's labor and material and construction services without payment.

31. Rand must be paid $524,791 to compensate it for the value of SSP's unjust enrichment.

## FOURTH CLAIM FOR RELIEF
### (Miller Act Bond Claim – against SSP & Arch)

32. Rand hereby restates, realleges and fully incorporates paragraphs 1 through 31 of this Complaint as though fully set out here.

33. In connection with the aforesaid award of the Prime Contract to SSP for the Project, SSP and Arch executed the aforesaid Bond in connection with the Project.

34. Arch is surety under aforesaid bonds and became obligated to pay Rand the sum due to Rand from SSP upon the failure and refusal of SSP to pay all sums due and owing to Rand by SSP under the Subcontracts and/or in connection with the Projects.

35. Rand has properly performed all of its obligations to SSP under the Subcontract, and Rand is entitled to full payment for its work from SSP.

36. Rand has often demanded payment from SSP and Arch, but SSP and Arch have failed and refused to pay such amount to Rand.

37. Arch, under the terms of its bonds, and by reason of SSP's failure and refusal to pay Rand, is also indebted to Rand in the sum of $524,791 and has failed to pay such sum to Rand.

38. All conditions precedent to the obligation of Arch to pay Rand under the bonds have been fully performed or otherwise satisfied.

### PRAYER FOR RELIEF

**WHEREFORE**, Use Plaintiff Rand prays this Court for judgment against Defendants SSP and Arch, jointly and severally, in the full principal amount of $524,791, together with contractual and/or statutory attorneys' fees, common law or statutory interest at the highest legal rate, costs and such other and further relief as this Court deems just.

**DATED** this 28th day of September 2023.

Patrick M. Brady, WSB # 7-5494
2020 Carey Ave, Suite 301
Cheyenne, WY 82001
307.632.6421 (voice)
307.432.6124 (Direct Number)
307.632.7216 (fax)
Email: pbrady@spkm.org
*Attorney for Plaintiff*

Plaintiff's Address:

Rand Construction Company
1428 W 9th Street
Kansas City, MO 64101